MINNIE MAY RAULERSON HOGAN, JOINED BY HER HUSBAND, PETER HOGAN, ELIZABETH MARY RAULERSON DRIGGERS, JOINED BY HER HUSBAND, ED. DRIGGERS, HERMAN CLEVELAND RAULERSON, JOSEPH SAMPSON RAULERSON AND CHARLES HENRY RAULERSON, *Plaintiffs in Error*, v. W. R. MINOR, *Defendant in Error.*

Decision Filed September 14, 1923.

Petition for Rehearing Denied September 27, 1923.

This case was decided by Division A.

A Writ of Error to the Circuit Court for Hardee County; George W. Whitehurst, Judge.

*R. W. Randell* and *Leitner & Leitner,* for Plaintiffs in Error;

*Treadwell & Treadwell,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submited to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel

for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur.